To whom it may concern:

I, Maksim Zaslavskiy residing at 2729 east 23rd st Brooklyn, NY 11235
Due to me being unemployed I cant provide my pay stubs as per request by bankruptcy court

*[signature]*

8/27/2015

STATE OF NEW YORK
COUNTY OF KINGS
SIGNED BEFORE ME ON 8/27/2015
MAKSIM ZASLAVSKIY

*[signature]*

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019