UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

Case No. 1-15-43934

Chapter: 7

*MAKSIM ZASLAVSKIY*, Debtor(s)
-----------------------------------------------------------------x

### AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

*MAKSIM ZASLAVSKIY*, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter _7_ of the Bankruptcy Code on _August 27, 2015_.

2. Filed herewith is an amendment to _Schedule_ [*indicate list(s), schedule(s) or statement(s) being amended*] previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed. _Add Amount to Creditors_

4. [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: _10/02/2015_

(Signature of Debtor)

Sworn to before me this _2nd_
day of _OCTOBER_, 2015.

_____
Notary Public, State of New York

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

RECEIVED
2015 OCT -2 A 10: 19
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
CLERK

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

USBC-63                                                                                                  Rev. 11/1/11

B 6F (Official Form 6F) (12/07)

In re  Maksim Zaslavskiy  ,  Case No. 1-15-43934
         Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Allied interstate LLC PO BOX 361445 Columbus OH 43236 | | | Credit card 2006 | | | | 6,000.00 |
| ACCOUNT NO. AMERICAN EXPRESS 19640 N 31ST ST. AVE Phoenix AZ 85027 | | | Credit card 2006 | | | | 2,000.00 |
| ACCOUNT NO. Bank Of America 100 North Tryon Street, Charlotte, NC 28255. | | | Credit card 2006 | | | | 20,000.00 |
| ACCOUNT NO. BMW FINANCIAL SERVICES P O BOX 3608 DUBLIN, OH 43016 | | | Lease 2004 | | | | 15,000.00 |
| | | | | | | Subtotal▶ | $ 43,000.00 |

_4_ continuation sheets attached

Total▶ $ 43,000.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Maksim Zaslavskiy                    ,         Case No.  1-15-43934
           Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CAPITAL ONE BANK USA NA   PO BOX 30281  SALT LAKE CITY UT 84130 | x | x | Credit /auto loan 2006-2015 | | | | 100,000.00 |
| ACCOUNT NO. <br> CHASE BANK USA NA   PO BOX 15298  WILMINGTON, DE 19850 | x | x | Loan for Business 2005 | | | | 200,000.00 |
| ACCOUNT NO. <br> CITIBANK NA 701 EAST 60TH ST NORTH SIOUX FALLS, SD 57104-0432 | x | x | Credit Card 2006 | | | | 30,000.00 |
| ACCOUNT NO. <br> HSBC Bank USA, N.A.  PO BOX2013 Buffalo NY 14240 | x | x | Loan 2006 | | | | 100,000.00 |
| ACCOUNT NO. <br> LORD & TAYLOR   PO BOX 965015 ORLANDO, FL 32896-5015 | x | x | credit 2005 | | | | 750.00 |

Sheet no. 2 of 4 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 430,750.00

Total▶ $ 473,750.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re  Maksim Zaslavskiy                    ,          Case No. 1-15-43934
         Debtor                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MERRICK BANK POB 1500 DRAPER, UT  84020 | | | Credit 2015 | | | | 1,200.00 |
| ACCOUNT NO.<br>Pioneer Credit Recouvery PO BOX 3116 Lake City FL 32056 | | | ticket 2011 | | | | 370.00 |
| ACCOUNT NO.<br>PORTFOLIO RECOVERY ASSOC "120 CORPORATE BLVD STE 100NORFOLK VA 23502(800) 772-1413" | | | credit cards 2006 | | | | 3,000.00 |
| ACCOUNT NO.<br>TBF Financial LLC  740 Waukegan Road • Suite 404 • Deerfield, IL 60015 | | | credit cards 2006 | | | | 7,000.00 |
| | | | | | | Subtotal➤ | $ 11,570.00 |
| 3/4  continuation sheets attached | | | | | | Total➤<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 485,320.00 |

B 6F (Official Form 6F) (12/07) - Cont.

In re  Maksim Zaslavskiy _____,  Case No. 1-15-43934
         Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Vladislav Gurevich <br> 38 Longstreet rd <br> Manalapan NJ 07726 | | | Personal loan 2008 | | | | 6,000.00 |
| ACCOUNT NO. <br> Valeriy Shames <br> 1802 Ocean Parkway #C7 <br> Brooklyn, NY 11223 | | | personal loan 2008 | | | | 16,000.00 |
| ACCOUNT NO. <br> US Bank 800 Nicollet Mall Minneapolis, Minnesota 55402 | | | credit 2007 | | | | 10,000.00 |
| ACCOUNT NO. <br> Polina Rayudu <br> 4 Gurley Road <br> Edison NJ 08817 | | | personal loan 2008 | | | | 8,000.00 |
| ACCOUNT NO. <br> CYPRESS FINANCIAL RECOVERIES LLC. <br> 111 CENTRE ST <br> NEW YORK, NY 10013 | | | credit 2006 | | | | 4,600.00 |

Sheet no. 4 of 3/4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 44,600.00

Total➤ $ 529,920.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)